RECEIVED

FEB 1 8 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

DONALD BURGO                                    CIVIL ACTION NO. 6:09-1166
     LA. DOC # 197078
VS.                                             SECTION P

                                                JUDGE HAIK

DAWN ANNETTE STRATTON, ET AL.                   MAGISTRATE JUDGE HILL

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that plaintiff's claims against his ex-wife, Dawn Stratton, and his mother, Lois Burgo, are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) because plaintiff has failed to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's claims against Debra Stratton Cook Jagneaux are **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. § § 1915(e)(2)(B)(i) and 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 18 day of February, 2000.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE